IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DUSTIN McDANIELS, individually and on            PLAINTIFF
Behalf of All Others Similarly Situated,

vs.                    Case No. 5:22-cv-5193

PROGRESSIVE TRAIL DESIGN, LLC,                  DEFENDANT

## ORDER

This matter came before the Court upon the Joint Motion to Stay Case Progression Deadlines (ECF No. 25) filed by the parties. The Court, being fully advised, hereby **GRANTS** the Motion and directs that all upcoming deadlines in this matter are stayed for sixty (60) days to allow the parties to complete their settlement papers, seek court approval, and file a Joint Stipulation for Dismissal

DATED this 17th day of March 2023.

*Christy Comstock*
CHRISTY COMSTOCK
MAGISTRATE JUDGE